Nick Pritchett #210984
Russell P. Burke #249581
**WILLIAMS, JORDAN, BRODERSEN & PRITCHETT LLP**
2222 West Main Street
Visalia, California 93291
Telephone: (559) 635-9000
Facsimile:  (559) 635-9085
*E-mail:  nick@wjbplawyers.com*
*russell@wjbplawyers.com*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ALBERT GEORGE CURTIS, | Case No.  1:12-CV-00922-AWI-DLB |
| Plaintiff, | |
| vs. | |
| VANCARY, INC., aka ROBERT A. CARY & KAREN A. CARY, INC. dba A & W RESTAURANT aka A & W ALL-AMERICAN FOOD  aka A & W HAMBURGER; KAREN A. CARY aka KAREN A. CARY, TRUSTEE OF THE KAREN A CARY "CREDIT SHELTER TRUST" AND TRUSTEE OF THE ROBERT A. CARY AND KAREN A. CARY 2008 LIVING TRUST, | STIPULATION  AND ORDER TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that:

1

**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**

Williams, Jordan, Brodersen & Pritchett LLP
2222 West Main Street
Visalia, CA 93291

1  WHEREAS, the Complaint in this action was served on Defendant VANCARY, INC., aka ROBERT A. CARY & KAREN A. CARY, INC. dba A & W RESTAURANT aka A & W ALL-AMERICAN FOOD  aka A & W HAMBURGER on June 13, 2012.

4  WHEREAS, the Complaint in this action was served on Defendant KAREN A. CARY aka KAREN A. CARY, TRUSTEE OF THE KAREN A CARY "CREDIT SHELTER TRUST" AND TRUSTEE OF THE ROBERT A. CARY AND KAREN A. CARY 2008 LIVING TRUST  on June 13,  2012.

8  WHEREAS, this is Defendants' second request for an extension of time.  The first extension of time was granted by the Plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

11  WHEREAS, Plaintiff and Defendants are in settlement negotiations at this time.

12  WHEREAS, Plaintiff has sent to Defendants a proposed settlement agreement containing monetary and equitable demands for Defendants' review to settle this case.

14  WHEREAS, Parties agree that settlement of this case would save valuable court time and resources.

16  WHEREAS, Parties have agreed to extend Defendants' time to respond to the complaint until August 21, 2012, in an effort to settle this case, subject to the Court's approval.

19  WHEREAS, this extension does not alter any date or event already set by the Court.

20  THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record, that the time for Defendants to answer or otherwise respond to the Complaint shall be extended up to and including August 21, 2012 pending court approval.

24  ///

25

2

**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**

DATED: July 17, 2012

                                      MOORE LAW FIRM, P.C.

                              ____/s/ Tanya E. Moore_____
                              Tanya E. Moore, Attorneys for Plaintiff

DATED: July 17, 2012

                              WILLIAMS, JORDAN, BRODERSEN
                                  & PRITCHETT

                              ___/s/ Nick A. Pritchett_____
                              Nick A. Pritchett, Attorneys for Defendants

IT IS SO ORDERED.

    Dated: **July 18, 2012**                              /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**