Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Albert George Curtis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>      Plaintiff,<br><br>   vs.<br><br>VANCARY, INC., et al.,<br><br>      Defendants. | No.  1:12-cv-00922-AWI-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter amongst themselves;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 4, 2012                              MOORE LAW FIRM, P.C.


                                                                   /s/Tanya E. Moore
                                                                   Tanya E. Moore
                                                                   Attorneys for Plaintiff Albert George Curtis


*Curtis v. Vancary, Inc., et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   October 4, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE